**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 24 CR 503 |
| RAMONE BRADLEY, | ) | Honorable Mathew Kennelly |
| | ) | Judge Presiding |
| Defendant. | ) | |

## DOCKETING STATEMENT

Defendant, Ramone Bradley, by and through his attorney, STEVEN A. GREENBERG, respectfully submits the following Docketing Statement in compliance with Seventh Circuit Court of Appeals Rule 3(c):

1. This is a direct appeal in a criminal case from the final judgment entered on the District Court's docket on October 24, 2025. (Dkt. 225)

2. The Defendant was charged with Conspiracy and Attempt Carjacking in violation of 18 USC 371 and 2119. The Defendant had a jury trial. On October 24, 2025, the Defendant was sentenced to 108 months of imprisonment.

3. The District Court's jurisdiction was based on 18 U.S.C. §3231.

4. The *pro se* Notice of Appeal was filed on November 10, 2025, but mailed from the MCC on October 27, 2025, within fourteen days of the entry of the final judgment in this case, and in compliance with Rule 4(b)(1) of the Federal Rules of Appellate Procedure.

5. Counsel was appointed in the District Court.

6. The United States Court of Appeals for the Seventh Circuit has jurisdiction over this appeal pursuant to 28 U.S.C. §1291.

Respectfully submitted,

*s/ Steven A. Greenberg*
**STEVEN A. GREENBERG**

Steven A. Greenberg
GREENBERG TRIAL LAWYERS
53 W. Jackson Blvd., Suite 315
Chicago, IL 60604
(312) 879-9500
*Steve@GreenbergCD.com*