# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 20, 2026

*By the Court:*

Nos. 25-3027 & 26-1087

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff - Appellee,*<br><br>v.<br><br>RAMONE BRADLEY and EDMUND SINGLETON,<br>*Defendants - Appellants.* | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 1:24-cr-00503<br><br>Matthew F. Kennelly,<br>*Judge.* |

The court, on its own motion, orders these appeals are **CONSOLIDATED** for purposes of briefing and disposition.

The briefing schedule is as follows:

1. The appellants shall file their briefs and required short appendices on or before April 10, 2026.

2. The appellee shall file its consolidated brief on or before May 11, 2026.

3. The appellants shall file their reply briefs, if any, on or before June 1, 2026.

Counsel for appellants are encouraged to avoid unnecessary duplication by filing a joint brief or a joint appendix or by adopting parts of a co-appellant's brief. Duplicative briefing will be stricken and may result in disciplinary sanctions against counsel. *See*

*United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).

Appellants, however, may not adopt the jurisdictional statement of another. Each appellant's brief must include a complete jurisdictional statement.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)